# United States District Court
for the
## Eastern District of Tennessee

U.S.A. vs. Leslie Janous                                                                                                                      Docket No. 3:10-CR-00124001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Trine Robinette, United States Probation Officer, presenting an official report upon the conduct of defendant Leslie Janous, who was placed under pretrial release supervision by the Honorable R. Leon Jordan sitting in the Court at Eastern District of Tennessee, on September 27, 2010, under the following conditions:

Submit to the location monitoring program and abide by all requirements of the program and instructions provided by the pretrial supervising officer.

Home detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; other court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.

### Respectfully presenting petition for action of court and for cause as follows:

The defendant was given permission to work a photography job on April 18, 2011, and was to return to her residence at 8:00 p.m. She failed to return to her residence and her whereabouts are unknown at this time.

### PRAYING THAT THE COURT WILL ORDER

A warrant be issued and she be brought before the Court for a hearing to determine whether or not her bond should be revoked.

ORDER OF COURT

Considered and ordered this 19th day of April, 2011, and ordered filed and made a part of the records in the above case.

_Thomas W. Phillips_
United States District Judge

I declare that under penalty of perjury that the foregoing is true and correct.

Respectfully,

_Trine Robinette_
Trine Robinette
United States Probation Officer

Approved by:

_John E. Lynn_ April 19, 2011
John E. Lynn, Supervising
United States Probation Officer                                            Date

PS 10
(12/06)

# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs Leslie Janous             Docket No. 3:10-CR-124-001

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||||
| NAME OF DEFENDANT<br>Leslie Janous | | SEX<br>Female | RACE<br>Caucasion | AGE<br>36 |
| ADDRESS(STREET, CITY, STATE)<br>1308 Selby Lane<br>Knoxville, TN 37922 |||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>United States District Court for the Eastern District of Tennessee at Knoxville |||||
| CLERK<br>Pamela L. McNutt | (BY) DEPUTY CLERK | | | DATE<br>4/14/2011 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Eastern District of Tennessee;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."