# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - SENTENCING AND JUDGMENT

U.S.A.      vs.     Leslie Janous                              Date 10/27/2011

Case No. **3:10-cr-124-001/3:11-cr-11-001**          At **Knoxville**

**PROCEEDINGS: Sentencing.** Arguments heard regarding the objections to the Presentence Investigative Report. Testimony offered. The Court sustained the government's objection. The Court overruled the defendant's objection. Victim Sandra Todd allocuted.

**Present: HONORABLE LEON JORDAN, UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Kristin Schultz (Miller & Miller) | Frank M. Dale, Jr. |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Elizabeth B. Ford/Kim A. Tollison | | Joe Thomas |
|---|---|---|
| **Attorney for Deft** | | **Probation Officer** |

**Others present:** USMS, CSO

**PROCEEDINGS:**

[ ] Defendant is sworn
[**X**] Defendant is given opportunity to speak and [**X**] speaks; [ ] declines to speak
[**X**] Govt moves for upward departure [ ] granted [**X**] denied
[ ] Dft moves for downward departure [ ] granted [ ] denied
[ ] Govt moves for third point reduction for acceptance of responsibility [ ] granted [ ] denied
[**X**] **COURT PRONOUNCES JUDGMENT:**
The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 110 months. This sentence consists of 110 months as to each of Counts 8 and 9 in case number 3:10-CR-124 and 110 months as to Count 1 in case number 3:11-CR-11; all such terms to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. This term consists of 3 years as to each of Counts 8 and 9 in case number 3:10-CR-124 and 3 years as to Count 1 in case number 3:11-CR-11. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions (3) set forth in the J&C.
[**X**] **Restitution** "joint and several?" yes ( ) no (**X**) interest waived yes (**X**) no ( )
**Victim(s) Name/Amount:** Scancarbon/$6,651,829.07
[**X**] **Special Assessment:** $300.00
[**X**] **COURT RECOMMENDS:**
The defendant be designated to FPC Alderson, WV.
[**X**] **Defendant remanded to custody**        [ ] Released on bond
**Time** 10:25 a.m.        to        11:55 a.m.