## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )     **3:10-CR-124** |
| **v.** | )     **3:11-CR-11** |
| | )     **Judge Jordan** |
| **LESLIE JANOUS,** | ) |
| | ) |
| **Defendant.** | ) |

## AGREED PRELIMINARY ORDER OF FORFEITURE

On October 18, 2010, an Amended Indictment was filed in case number 3:10-CR-124

charging the defendant, Leslie Janous, with wire fraud in violation of Title 18, United States

Code, Section 1343.

In the forfeiture allegations of the Amended Indictment, the United States sought

forfeiture of the interest of the defendant, Leslie Janous, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in any property, real or

personal, which constitutes or is derived from proceeds traceable to the offenses, as alleged in the

Amended Indictment. The forfeiture allegations specifically included the forfeiture of the real

property located at 1308 Selby Lane, Knoxville, Tennessee, 37922 (described more fully below)

and a personal money judgment against Leslie Janous, and in favor of the United States of

America in the amount of $2,365,198.71, representing the proceeds derived from the wire fraud

offenses charged in the Amended Indictment. On February 11, 2011, the United States filed a

Bill of Particulars for Forfeiture of Property, which listed additional property that the United

States is seeking for forfeiture.

On February 11, 2011, an Information was filed in case number 3:11-CR-11, charging

the defendant, Leslie Janous, with money laundering in violation of Title 18, United States Code,

Section 1957. In the forfeiture allegations of the Information, the United States sought forfeiture

of the interest of the defendant, Leslie Janous, pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in any property, real or personal,

which constitutes or is derived from proceeds traceable to the offenses in the Information.

On February 22, 2011, a plea agreement was filed wherein the defendant, Leslie Janous

pled guilty to Counts Eight and Nine of the Indictment in violation of wire fraud and to the

Information, in violation of money laundering. Through her plea agreement, the defendant

agreed to forfeit to the United States immediately and voluntarily any and all assets and property,

or portions thereof, real or personal, which are in the possession or control of the defendant or the

defendant's nominees, which constitute or is derived from proceeds traceable to a violation of

18 U.S.C. §§ 1343 and/or 1957. The defendant specifically agreed to forfeiture of the

defendant's interest in any items of real and personal property including, but not limited to, the

following property:

## I.   **Real Property**

**A.**   Real Property known as **1308 Selby Lane, Knoxville, Tennessee, 37922** and
**1525 Wembley Hill Road, Knoxville, Tennessee 37922**, with all appurtenances,
improvements, and attachments thereon, and more fully described as:

TRACT ONE:

SITUATED in the 6th Civil District of Knox County, Tennessee, and without the
corporate limits of the City of Knoxville, Tennessee, and being known and
designated as Lot 47 of Sherwood of Whittington Creek, as shown on the plat of
record in Plat Cabinet P, Slide 208-B in the Register's Office for Knox County,
Tennessee, to which plat specific reference is hereby made for a more particular

2

description, and according to the survey of James H. Loveday, Surveyor, dated July 23, 2002, Job #02186.

TRACT TWO:

SITUATED in the 6th Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot 46 of Sherwood of Whittington Creek, as shown on the plat of record in Plat Cabinet P, Slide 208-B in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description, and according to the survey of James H. Loveday, Surveyor, dated July 23, 2002, Job #02186.

For reference see Quit Claim Deed dated September 20, 2010 and of record as Instrument #201009200017600 in the Register's Office for Knox County, Tennessee conveying property from Leslie Janous and Leigh Derrick Janous to Leigh Derrick Janous.

For further reference see Warranty Deed dated April 10, 2010 and of record as Instrument #201004120064337 in the Register's Office for Knox County, Tennessee conveying property from Robert N. Page and wife Diane R. Page, to Leslie Janous and Leigh Derrick Janous.

**B.** Real Property known as **12944 Peach View Drive, Knoxville, Tennessee, 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

Situated in District No. Six (6) of Knox County, Tennessee, without the corporate limits of the City of Knoxville, Tennessee, being known and designated as Lot 60, Amberwood Subdivision, as shown on the plat of the same of record bearing Instrument No. 200211080041184 in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description and according to the survey of Hinds Surveying Company, Stanley E. Hinds, Surveyor, dated August 10, 2004, bearing Job No. 0408009.

For reference see Warranty Deed dated December 9, 2004 and of record as Instrument #200412130047950 in the Register's Office for Knox County, Tennessee conveying property from Marcee Fischer Townsend and husband, Christopher Townsend, to Martha Leigh Janous and Leslie Ann Gibbs.

**C.** Real Property known as **10045 South Northshore Drive, Knoxville, Tennessee, 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

3

Situated in District No. Six (6) of Knox County, Tennessee and without corporate limits and being known and designated as all of Lot 2R-1B1R, of the Final Plat of Lots 2R-1B1 and 2R-1B2 of the Resubdivision of Lot 2R-1B of Michael Dunham Property, a map of the same at Instrument No. 200810070024327, in the Register's Office for Knox County, Tennessee, to which plat specific reference is made for a more particular description.

For reference see Quit Claim Deed dated September 20, 2010 and of record as Instrument #201009200017599 in the Register's Office for Knox County, Tennessee conveying property from Leigh Derrick Janous and Leslie Anne Janous to Leigh Derrick Janous.

## II.    Personal Property

### A.    Vehicles

1.    2008 Silver BMW 328i Sedan, VIN WBAVA37538NL43516

2.    2010 Blue Audi A4 Sedan, VIN WAUFFAFL4AN032838

3.    2007 Yamaha VX 1052cc personal watercraft (Hull ID No. YAMA4024F707)

4.    2007 Yamaha VX 1052cc personal watercraft (Hull ID No. YAMA4018F707)

### B.    Jewelry and accessories

1.    Scott Kay platinum diamond sapphire ring, purchased from Jared on December 4, 2004, for $5,240.

2.    Diamond rectangular face watch with serial number 090251408 purchased from Tiffany & Co. (New York, NY) on November 25, 2005, for $3,350.

3.    Two-tone gold bangle heart bracelet and matching ring, purchased from Tiffany & Co. (New York, NY) on November 25, 2005, for $510.

4.    Coupe Mark watches with serial numbers 010238318 and 090231960 purchased from Tiffany & Co. (New York, NY) on December 30, 2004, for $3,300.

4

5.   14K white gold anniversary band with diamonds, purchased from Jared on March 13, 2005 for $5,598.

6.   14K white gold diamond bangle bracelet, purchased from Jared on March 15, 2005, valued at $2,499.

7.   Unidentified jewelry item purchased from Jared on May 15, 2005, for $6,600.

8.   14K white gold diamond bracelet, purchased from Jared on May 21, 2005, for $2,499.99.

9.   14K white gold diamond earrings, purchased from Jared on May 21, 2005, for $2,999.99.

10.  14K white gold diamond earrings, purchased from Jared on May 21, 2005, for $2,399.99.

11.  Diamond line bracelet, purchased from Jared on May 21, 2005, valued at $2,499.99.

12.  6 3/8 carat total weight, channel set line bracelet plus added three links containing 59 p.c. diamonds, purchased from Jared on May 25, 2005, valued at $8,876.99.

13.  Unidentified jewelry item, purchased from Jared on May 27, 2005, for $12,200.

14.  18K white gold diamond bracelet, purchased from Jared on May 28, 2005, for $3,199.99.

15.  14K white gold diamond fashion band, purchased from Jared on June 11, 2005, valued at $799.99.

16.  14K white gold diamond hoop earrings, purchased from Jared on June 11, 2005, for $1,199.99.

17.  14K white gold diamond bracelet, purchased from Jared on June 11, 2005, for $1,399.99.

18.  14K white gold oval royal blue sapphire diamond ring, purchased from Jared on August 25, 2005, for $1,799.99.

5

19.  14K white gold fashion diamond ring, purchased from Jared on August 25, 2005, for $3,299.99.

20.  14K white gold anniversary band, purchased from Jared on August 25, 2005, for $899.99.

21.  14K white gold fashion diamond ring, purchased from Jared on August 25, 2005, for $1,299.

22.  [Duplicate Entry Deleted]

23.  Ladies Rolex watch, black mother of pearl with diamonds, serial number F062476, style # R791744OUB7824, purchased from Jared on October 30, 2005, for $12,162.48.

24.  14K white gold fashion diamond ring, purchased from Jared on October 30, 2005, for $4,999.99.

25.  Sterling cuff, unspecified Peretti silver jewelry, sterling credit card case, sterling heart ring, sterling double mini open heart bangle, sterling basics ring, sterling bar pendant, sterling small open heart pendant, sterling mini open heart ring, sterling medium open heart pendant, purchased from Tiffany & Co. (New York, NY) on September 3, 2005, for $3,970.

26.  18K white gold diamond and blue sapphire ring, with 8x8 mm. natural blue sapphire (p.c.), purchased from Jared on December 1, 2005, valued at $23,000.

27.  Platinum 2 carat total diamond weight princess cut diamond studs, purchased from Jared on December 7, 2005, valued at $7,399.

28.  Platinum solitaire earrings, purchased from Jared on December 7, 2005, for $2,999.99.

29.  14K white gold diamond engagement ring containing three princess cut diamonds and eight baguette shape diamonds, purchased from Jared on December 10, 2005 and February 2, 2007, valued at $26,000.

30.  2 3/4 carat total diamond weight bracelet in 14K white gold, purchased from Jared on December 16, 2005, valued at $5,999.99.

6

31. 14K white gold custom designed ring, containing 1.50 carat p.c. center stone, purchased from Jared on December 16, 2005 and March 31, 2007, valued at $26,500.

32. Four unidentified jewelry items purchased from Jared on December 16, 2005, for $3,000, $2,700, $12,400, and $475.

33. 14K white gold diamond neckwear, purchased from Jared on December 16, 2005, for $1,649.

34. 14K white gold diamond bracelet, purchased from Jared on December 16, 2005, for $5,999.99.

35. 14K white gold earrings, purchased from Jared on December 22, 2005, for $1,799.99.

36. 14K white gold neckwear, purchased from Jared on December 22, 2005, for $2,799.99.

37. 14K white gold 2 carat total weight diamond hoop earrings, purchased from Jared on December 22, 2005, valued at $2,799.99.

38. 18K white gold anniversary band, purchased from Jared on January 31, 2006, for $3,999.99.

39. 18K 18-inch white gold round diamond tennis necklace, consisting of multiple size round brilliant diamonds, purchased from Jared on February 24, 2006, valued at $17,775.

40. 18K white gold bangle bracelet containing three round brilliant (Leon Artisen) cut diamonds, purchased from Jared on May 11, 2006, valued at $4,499.

41. 18K white gold "LeVian" heart pendant with sapphire and diamonds, purchased from Jared on May 11, 2006, valued at $2,850.

42. 14K white gold diamond and blue sapphire bracelet, purchased from Jared on December 21, 2006, for $4,499.99.

43. 14K white gold 1 carat total diamond weight ring, purchased from Jared on February 9, 2007, valued at $1,299.99.

7

44. 18K white gold 1 1/6 carat total diamond weight Gregg Ruth earrings, purchased from Jared on February 9, 2007, valued at $2,555.

45. 14K white gold princess cut and round vintage style diamond ring, purchased from Jared on February 9, 2007, valued at $1,499.99.

46. Mikimoto designer pearl necklace, purchased from Jared on March 24, 2007, valued at $3,199.

47. 14K white gold diamond earrings, purchased from Jared on March 6, 2008, for $1,499.99.

48. 18 inch 14K gold Mikimoto pearl necklace, purchased from Jared on April 10, 2008, for $3,459.28.

49. Platinum and diamond solitaire ring with one 2.62 carat modified round brilliant cut diamond surrounded by round brilliant cut diamonds weighing .78 carat total weight, purchased from Tiffany & Co. (Las Vegas, Nevada) on October 23, 2008, for $73,500.

50. Sterling silver pendants and bracelets, purchased from Tiffany & Co. (Las Vegas, Nevada) on December 27, 2008, for $750.

51. Cashmere scarf and wrap, swing oval dark tortoise sunglasses, and sterling snowflake charm, purchased from Tiffany & Co. (Las Vegas, Nevada) on January 1, 2009, for $1,355.

52. Patek Philippe watch, purchased from Wynn & Co. Jewelry (Las Vegas, Nevada) on January 1, 2009, for $11,500.

53. 14K white gold diamond cuff bracelet, purchased from Jared on January 10, 2009, for $1,250.

54. 14K white gold diamond earrings, purchased from Jared on January 10, 2009, for $499.99.

55. 14K white gold diamond neckwear, purchased from Jared on January 10, 2009, for $499.99.

## C. Furniture and household items

1. Furnishings and household items purchased from O.P. Jenkins on April 2, 2010, for $17,348.

8

2.     Furnishing purchased from O.P. Jenkins on April 10, 2010, for $3,594.

3.     Furnishings and household items purchased from Gift and Gourmet Interiors on April 24, 2010, for $25,000.

4.     Furnishings and household items purchased from Gift and Gourmet Interiors on April 27, 2010, for $25,000.

5.     Furnishings and household items purchased from Gift and Gourmet Interiors on April 29, 2010, for $20,000.

6.     Furnishings and household items purchased from Gift and Gourmet Interiors on June 16, 2010, for $8,252.45.

7.     Furnishings and household items purchased from Gift and Gourmet Interiors on July 23, 2010, for $1,475.

## D.   **Artwork**

1.     Unspecified artwork purchased from Peter Lik Kona Kohala Coast Art Dealer & Gallery, on March 27, 2010, for $12,300.

## E.   **Other**

1.     Two limited edition evening clutches, purchased from Christian Dior Boutique, on November 25, 2005, for $3,400.

2.     Two limited edition evening clutches, purchased from Christian Dior Boutique, on November 25, 2005, for $4,580.

3.     2005 Marc Jacobs satin striped handbag, purchased from Bergdorf Goodman (New York, NY) on November 25, 2005, for $995.

4.     Brown leather duffle-style handbag with matching wallet, purchased from Burberry (New York, NY) on November 25, 2005, for $1,758.

5.     Panasonic TH-65Pz75OU Plasma TV, purchased from Vanns.com on May 2, 2008, for $6,399.87.

6.     Unspecified Prada leather items purchased from Prada (Las Vegas, Nevada) on December 27, 2008, for $2,380.

7.	Unspecified Prada leather items purchased from Prada (Las Vegas, Nevada) on December 26, 2008, for $4,375.

8.	Unspecified Apple computer equipment purchased on March 11, 2009, for $2,912.61.

9.	Unspecified Apple computer equipment purchased on July 31, 2009, for $2,017.74.

10.	Unspecified Apple computer equipment purchased on October 15, 2009, for $1,368.90.

## F.	Currency

1.	Funds in the amount of $50,488.71 in U.S. currency, seized from Bank of America account number xxxxxxxx2487.

2.	Funds in the amount of $49,988.00 in U.S. currency, seized from Bank of America account number xxxxxxxx8919.

The Court accepted the guilty plea of the defendant, Leslie Janous, on February 24, 2011, and by virtue of the guilty plea and conviction, the Court has determined that the property identified above is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(a)(1). The United States has established the requisite nexus between the property and the offenses. Further, the United States is now entitled to seize the property, pursuant to Title 21, United States Code, Section 853(g), as incorporated by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

10

## G. Money Judgment

In accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and the defendant's agreement to forfeit to the United States any and all assets and property, or portions thereof, real or personal, which are in the possession or control of the defendant or the defendant's nominees, which constitute or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1343 and/or 1957, the United States is further entitled to forfeiture of a personal money judgment against the defendant, Leslie Janous, and in favor of the United States, in the amount of $6,651,829.07, representing the proceeds of the defendant's violations of 18 U.S.C. §§ 1343 and 1957, with such judgment to be reduced by the value of real and personal property subject to forfeiture herein.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1.      That based upon the plea of guilty by the defendant, Leslie Janous, to violations of Title 18, United States Code, Section 1343 in the Indictment and a violation of Title 18, United States Code, Section 1957 in the Information, the United States is hereby authorized to seize the following property, and the same is hereby forfeited to the United States for disposition in accordance with law, pursuant to the provisions of Title 21, United States Code, Section 853(g), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982, including but not limited to the following:

11

## I.     Real Property

A.     Real Property known as **1308 Selby Lane, Knoxville, Tennessee, 37922** and **1525 Wembley Hill Road, Knoxville, Tennessee 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

TRACT ONE:

SITUATED in the 6th Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot 47 of Sherwood of Whittington Creek, as shown on the plat of record in Plat Cabinet P, Slide 208-B in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description, and according to the survey of James H. Loveday, Surveyor, dated July 23, 2002, Job #02186.

TRACT TWO:

SITUATED in the 6th Civil District of Knox County, Tennessee, and without the corporate limits of the City of Knoxville, Tennessee, and being known and designated as Lot 46 of Sherwood of Whittington Creek, as shown on the plat of record in Plat Cabinet P, Slide 208-B in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description, and according to the survey of James H. Loveday, Surveyor, dated July 23, 2002, Job #02186.

For reference see Quit Claim Deed dated September 20, 2010 and of record as Instrument #201009200017600 in the Register's Office for Knox County, Tennessee conveying property from Leslie Janous and Leigh Derrick Janous to Leigh Derrick Janous.

For further reference see Warranty Deed dated April 10, 2010 and of record as Instrument #201004120064337 in the Register's Office for Knox County, Tennessee conveying property from Robert N. Page and wife Diane R. Page, to Leslie Janous and Leigh Derrick Janous.

B.     Real Property known as **12944 Peach View Drive, Knoxville, Tennessee, 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

Situated in District No. Six (6) of Knox County, Tennessee, without the corporate limits of the City of Knoxville, Tennessee, being known and designated as Lot 60, Amberwood Subdivision, as shown on the plat of the same of record bearing

12

Instrument No. 200211080041184 in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description and according to the survey of Hinds Surveying Company, Stanley E. Hinds, Surveyor, dated August 10, 2004, bearing Job No. 0408009.

For reference see Warranty Deed dated December 9, 2004 and of record as Instrument #200412130047950 in the Register's Office for Knox County, Tennessee conveying property from Marcee Fischer Townsend and husband, Christopher Townsend, to Martha Leigh Janous and Leslie Ann Gibbs.

**C.**     Real Property known as **10045 South Northshore Drive, Knoxville, Tennessee, 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

Situated in District No. Six (6) of Knox County, Tennessee and without corporate limits and being known and designated as all of Lot 2R-1B1R, of the Final Plat of Lots 2R-1B1 and 2R-1B2 of the Resubdivision of Lot 2R-1B of Michael Dunham Property, a map of the same at Instrument No. 200810070024327, in the Register's Office for Knox County, Tennessee, to which plat specific reference is made for a more particular description.

For reference see Quit Claim Deed dated September 20, 2010 and of record as Instrument #201009200017599 in the Register's Office for Knox County, Tennessee conveying property from Leigh Derrick Janous and Leslie Anne Janous to Leigh Derrick Janous.

## II.     Personal Property

### A.     Vehicles

1.     2008 Silver BMW 328i Sedan, VIN WBAVA37538NL43516

2.     2010 Blue Audi A4 Sedan, VIN WAUFFAFL4AN032838

3.     2007 Yamaha VX 1052cc personal watercraft (Hull ID No. YAMA4024F707)

4.     2007 Yamaha VX 1052cc personal watercraft (Hull ID No. YAMA4018F707)

13

**B.** **Jewelry and accessories**

1. Scott Kay platinum diamond sapphire ring, purchased from Jared on December 4, 2004, for $5,240.

2. Diamond rectangular face watch with serial number 090251408 purchased from Tiffany & Co. (New York, NY) on November 25, 2005, for $3,350.

3. Two-tone gold bangle heart bracelet and matching ring, purchased from Tiffany & Co. (New York, NY) on November 25, 2005, for $510.

4. Coupe Mark watches with serial numbers 010238318 and 090231960 purchased from Tiffany & Co. (New York, NY) on December 30, 2004, for $3,300.

5. 14K white gold anniversary band with diamonds, purchased from Jared on March 13, 2005 for $5,598.

6. 14K white gold diamond bangle bracelet, purchased from Jared on March 15, 2005, valued at $2,499.

7. Unidentified jewelry item purchased from Jared on May 15, 2005, for $6,600.

8. 14K white gold diamond bracelet, purchased from Jared on May 21, 2005, for $2,499.99.

9. 14K white gold diamond earrings, purchased from Jared on May 21, 2005, for $2,999.99.

10. 14K white gold diamond earrings, purchased from Jared on May 21, 2005, for $2,399.99.

11. Diamond line bracelet, purchased from Jared on May 21, 2005, valued at $2,499.99.

12. 6 3/8 carat total weight, channel set line bracelet plus added three links containing 59 p.c. diamonds, purchased from Jared on May 25, 2005, valued at $8,876.99.

13. Unidentified jewelry item, purchased from Jared on May 27, 2005, for $12,200.

14

14. 18K white gold diamond bracelet, purchased from Jared on May 28, 2005, for $3,199.99.

15. 14K white gold diamond fashion band, purchased from Jared on June 11, 2005, valued at $799.99.

16. 14K white gold diamond hoop earrings, purchased from Jared on June 11, 2005, for $1,199.99.

17. 14K white gold diamond bracelet, purchased from Jared on June 11, 2005, for $1,399.99.

18. 14K white gold oval royal blue sapphire diamond ring, purchased from Jared on August 25, 2005, for $1,799.99.

19. 14K white gold fashion diamond ring, purchased from Jared on August 25, 2005, for $3,299.99.

20. 14K white gold anniversary band, purchased from Jared on August 25, 2005, for $899.99.

21. 14K white gold fashion diamond ring, purchased from Jared on August 25, 2005, for $1,299.

22. [Duplicate Entry Deleted]

23. Ladies Rolex watch, black mother of pearl with diamonds, serial number F062476, style # R791744OUB7824, purchased from Jared on October 30, 2005, for $12,162.48.

24. 14K white gold fashion diamond ring, purchased from Jared on October 30, 2005, for $4,999.99.

25. Sterling cuff, unspecified Peretti silver jewelry, sterling credit card case, sterling heart ring, sterling double mini open heart bangle, sterling basics ring, sterling bar pendant, sterling small open heart pendant, sterling mini open heart ring, sterling medium open heart pendant, purchased from Tiffany & Co. (New York, NY) on September 3, 2005, for $3,970.

26. 18K white gold diamond and blue sapphire ring, with 8x8 mm. natural blue sapphire (p.c.), purchased from Jared on December 1, 2005, valued at $23,000.

27. Platinum 2 carat total diamond weight princess cut diamond studs, purchased from Jared on December 7, 2005, valued at $7,399.

15

28. Platinum solitaire earrings, purchased from Jared on December 7, 2005, for $2,999.99.

29. 14K white gold diamond engagement ring containing three princess cut diamonds and eight baguette shape diamonds, purchased from Jared on December 10, 2005 and February 2, 2007, valued at $26,000.

30. 2 3/4 carat total diamond weight bracelet in 14K white gold, purchased from Jared on December 16, 2005, valued at $5,999.99.

31. 14K white gold custom designed ring, containing 1.50 carat p.c. center stone, purchased from Jared on December 16, 2005 and March 31, 2007, valued at $26,500.

32. Four unidentified jewelry items purchased from Jared on December 16, 2005, for $3,000, $2,700, $12,400, and $475.

33. 14K white gold diamond neckwear, purchased from Jared on December 16, 2005, for $1,649.

34. 14K white gold diamond bracelet, purchased from Jared on December 16, 2005, for $5,999.99.

35. 14K white gold earrings, purchased from Jared on December 22, 2005, for $1,799.99.

36. 14K white gold neckwear, purchased from Jared on December 22, 2005, for $2,799.99.

37. 14K white gold 2 carat total weight diamond hoop earrings, purchased from Jared on December 22, 2005, valued at $2,799.99.

38. 18K white gold anniversary band, purchased from Jared on January 31, 2006, for $3,999.99.

39. 18K 18-inch white gold round diamond tennis necklace, consisting of multiple size round brilliant diamonds, purchased from Jared on February 24, 2006, valued at $17,775.

40. 18K white gold bangle bracelet containing three round brilliant (Leon Artisen) cut diamonds, purchased from Jared on May 11, 2006, valued at $4,499.

41. 18K white gold "LeVian" heart pendant with sapphire and diamonds, purchased from Jared on May 11, 2006, valued at $2,850.

16

42. 14K white gold diamond and blue sapphire bracelet, purchased from Jared on December 21, 2006, for $4,499.99.

43. 14K white gold 1 carat total diamond weight ring, purchased from Jared on February 9, 2007, valued at $1,299.99.

44. 18K white gold 1 1/6 carat total diamond weight Gregg Ruth earrings, purchased from Jared on February 9, 2007, valued at $2,555.

45. 14K white gold princess cut and round vintage style diamond ring, purchased from Jared on February 9, 2007, valued at $1,499.99.

46. Mikimoto designer pearl necklace, purchased from Jared on March 24, 2007, valued at $3,199.

47. 14K white gold diamond earrings, purchased from Jared on March 6, 2008, for $1,499.99.

48. 18 inch 14K gold Mikimoto pearl necklace, purchased from Jared on April 10, 2008, for $3,459.28.

49. Platinum and diamond solitaire ring with one 2.62 carat modified round brilliant cut diamond surrounded by round brilliant cut diamonds weighing .78 carat total weight, purchased from Tiffany & Co. (Las Vegas, Nevada) on October 23, 2008, for $73,500.

50. Sterling silver pendants and bracelets, purchased from Tiffany & Co. (Las Vegas, Nevada) on December 27, 2008, for $750.

51. Cashmere scarf and wrap, swing oval dark tortoise sunglasses, and sterling snowflake charm, purchased from Tiffany & Co. (Las Vegas, Nevada) on January 1, 2009, for $1,355.

52. Patek Philippe watch, purchased from Wynn & Co. Jewelry (Las Vegas, Nevada) on January 1, 2009, for $11,500.

53. 14K white gold diamond cuff bracelet, purchased from Jared on January 10, 2009, for $1,250.

54. 14K white gold diamond earrings, purchased from Jared on January 10, 2009, for $499.99.

55. 14K white gold diamond neckwear, purchased from Jared on January 10, 2009, for $499.99.

**C.   Furniture and household items**

1.   Furnishings and household items purchased from O.P. Jenkins on April 2, 2010, for $17,348.

2.   Furnishing purchased from O.P. Jenkins on April 10, 2010, for $3,594.

3.   Furnishings and household items purchased from Gift and Gourmet Interiors on April 24, 2010, for $25,000.

4.   Furnishings and household items purchased from Gift and Gourmet Interiors on April 27, 2010, for $25,000.

5.   Furnishings and household items purchased from Gift and Gourmet Interiors on April 29, 2010, for $20,000.

6.   Furnishings and household items purchased from Gift and Gourmet Interiors on June 16, 2010, for $8,252.45.

7.   Furnishings and household items purchased from Gift and Gourmet Interiors on July 23, 2010, for $1,475.

**D.   Artwork**

1.   Unspecified artwork purchased from Peter Lik Kona Kohala Coast Art Dealer & Gallery, on March 27, 2010, for $12,300.

**E.   Other**

1.   Two limited edition evening clutches, purchased from Christian Dior Boutique, on November 25, 2005, for $3,400.

2.   Two limited edition evening clutches, purchased from Christian Dior Boutique, on November 25, 2005, for $4,580.

3.   2005 Marc Jacobs satin striped handbag, purchased from Bergdorf Goodman (New York, NY) on November 25, 2005, for $995.

4.   Brown leather duffle-style handbag with matching wallet, purchased from Burberry (New York, NY) on November 25, 2005, for $1,758.

5.   Panasonic TH-65Pz75OU Plasma TV, purchased from Vanns.com on May 2, 2008, for $6,399.87.

6.   Unspecified Prada leather items purchased from Prada (Las Vegas, Nevada) on December 27, 2008, for $2,380.

18

7.   Unspecified Prada leather items purchased from Prada (Las Vegas, Nevada) on December 26, 2008, for $4,375.

8.   Unspecified Apple computer equipment purchased on March 11, 2009, for $2,912.61.

9.   Unspecified Apple computer equipment purchased on July 31, 2009, for $2,017.74.

10.  Unspecified Apple computer equipment purchased on October 15, 2009, for $1,368.90.

## F.   Currency

1.   Funds in the amount of $50,488.71 in U.S. currency, seized from Bank of America account number xxxxxxxx2487.

2.   Funds in the amount of $49,988.00 in U.S. currency, seized from Bank of America account number xxxxxxxx8919.

## G.   Money Judgment

A personal money judgment against the defendant, Leslie Janous, and in favor of the United States, in the amount of $6,651,829.07, representing the proceeds of the defendant's violations of 18 U.S.C. §§ 1343 and 1957, with such judgment to be reduced by the value of real and personal property subject to forfeiture herein.

2.   That the aforementioned forfeited property is to be held by the United States

Marshals Service in its secure custody and control.

3.   Pursuant to Rule 32.2(b)(2)(C)(iii) of the Federal Rules of Criminal Procedure,

this Order may be amended should additional specific property be identified for forfeiture or if

any money judgment amount requires modification.

4.   Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, the United States hereby gives notice of its intent to dispose

of the forfeited property in such manner at the United States Attorney General may direct. Any

person, other than the defendant, having or claiming a legal interest in the above-

19

listed forfeited property must file a petition with the Court within sixty (60) days from the first day of publication of this Notice on the official United States Government internet website, which is www.forfeiture.gov.

5. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought pursuant to Title 21, United States Code, Section 853(n).

6. Upon adjudication of all other or third-party interests in the property to be forfeited, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

7. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to the Federal Rules of Criminal Procedure 32.2(e).

8. The Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney

By: _____
Frank M. Dale, Jr.
Assistant United States Attorney

20

Leslie Janous
Defendant

Kim A. Tollison
Attorney for defendant

21