UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:10-CR-124 |
| v. | ) | 3:11-CR-11 |
| | ) | Judge Jordan |
| LESLIE JANOUS, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

As requested in the United States' Motion to Amend Preliminary Order of Forfeiture, and for good cause shown therein, it is adjudged and ordered as follows:

1. On October 18, 2010, an Amended Indictment (Docket No. 9) was filed in case number 3:10-CR-124 charging the defendant, Leslie Janous, with wire fraud in violation of 18 U.S.C. § 1343. In the forfeiture allegations of the Amended Indictment, the United States sought forfeiture of the interest of the defendant, Leslie Janous, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, as alleged in the Amended Indictment. On February 11, 2011, the United States filed a Bill of Particulars for Forfeiture of Property (Docket No. 29), which listed additional property that the United States is seeking for forfeiture.

2. On February 11, 2011, an Information (Docket No. 1) was filed in case number 3:11-CR-11, charging the defendant, Leslie Janous, with money laundering in violation of 18 U.S.C. § 1957. In the forfeiture allegations of the Information, the United States sought forfeiture of the interest of the defendant, Leslie Janous, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.

§ 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses in the Information.

3. A civil forfeiture action was initiated on October 1, 2010 in case number 3:10-CV-423. This forfeiture was an in rem proceeding that was limited to the real property located at 1308 Selby Lane, Knoxville, Tennessee 37922 (Lots 46 and 47). By consent order entered on September 27, 2012 (Docket No. 19), the Court has ordered the forfeiture of the real property and recognized the claims that have been filed against the real property.

4. On February 22, 2011, a plea agreement (Docket No. 30) was filed in case number 3:10-CR-124, wherein the defendant, Leslie Janous pled guilty to Counts Eight and Nine of the Indictment in violation of wire fraud. On the same date, a plea agreement (Docket No. 3) was filed as to the Information in case number 3:11-CR-11, in violation of money laundering. Through her plea agreement, the defendant agreed to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, real or personal, which are in the possession or control of the defendant or the defendant's nominees, which constitute or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1343 and/or 1957. The defendant specifically agreed to the forfeiture of the defendant's interest in any items of real and personal property.

5. The Court accepted the guilty plea of the defendant, Leslie Janous, on February 24, 2011, and by virtue of the guilty plea and conviction, the Court determined that the property identified in the Plea Agreement was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1).

6. An Agreed Preliminary Order of Forfeiture was entered on November 4, 2011 in case number 3:10-CR-124 (Docket No. 56) and in case number 3:11-CR-11 (Docket No. 26).

Through that order, the Court retained jurisdiction over the forfeiture in order to amend the order as necessary under Rule 32.2.

7. Following entry of the Agreed Preliminary Order of Forfeiture, the United States obtained leave of the Court to enter the premises at 1308 Selby Lane for the purposes of inspecting personal property subject to forfeiture. Based upon appraisals obtained by the United States Marshals Service and information provided by the Federal Bureau of Investigation, the United States has determined that the items subject to forfeiture, which were previously seized and/or identified for forfeiture, have the following value:

- (a) The real property located at 1308 Selby Lane, the forfeiture of which was ordered through the Consent Order entered on September 27, 2012, has a value of $950,000.

- (b) The four vehicles described in the Agreed Preliminary Order of Forfeiture, including a 2008 Silver BMW 328i Sedan, a 2010 Blue Audi A4 Sedan, and two 2007 Yamaha VX 1052cc personal watercrafts, have a collective value of $58,035. In addition, the 2002 Gray Toyota Sienna seized from Janous on May 6, 2011 has a value of $4,825.00.[1]

- (c) Not all of the jewelry items identified in the Agreed Preliminary Order of Forfeiture were located by law enforcement officials. Those that could be located and seized, however, have a collective value of $132,380.

- (d) The items of photography equipment have a collective value of $16,122.

- (e) The computers and electronic equipment have a collective value of $921.36.

- (f) The shoes, handbags, and similar accessories have a collective value of $23,002.

- (g) The United States currency seized from Bank of America accounts XXXXXXXX2487 and XXXXXXXX8919 have a collective value of $100,476.71.

---

[1] The 2002 Gray Toyota Sienna was seized on May 6, 2011 in Apache Junction, Arizona by the Federal Bureau of Investigation. This vehicle will be forfeited pursuant to the substitute asset provision in the Amended Indictment and Information and credited to the money judgment.

Accordingly, the total appraised value of the items subject to forfeiture in conjunction with this case, as identified above, is $1,285,762.07.

8. In the Agreed Preliminary Order of Forfeiture, the Court entered a money judgment against the defendant and in favor of the United States in the amount of $6,651,829.07. Based upon the $1,285,762.07 appraised value of the items subject to forfeiture and based upon the Government's motion, the money judgment against the defendant will be reduced to $5,366,067.00.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1. That based upon the plea of guilty by the defendant, Leslie Janous, to violations of 18 U.S.C. §§ 1343 and 1957, the United States is hereby authorized to seize the following property, and the same is hereby forfeited to the United States for disposition in accordance with law, pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 982. The Amended Preliminary Order of Forfeiture shall include the following property:

   I. Money Judgment

   A personal money judgment against the defendant and in favor of the United States in the amount of $5,366,067.00.

   II. Real Property

   Real Property known as 10045 South Northshore Drive, Knoxville, Tennessee, 37922, with all appurtenances, improvements, and attachments thereon, and more fully described as:

   Situated in District No. Six (6) of Knox County, Tennessee and without corporate limits and being known and designated as all of Lot 2R-1B1R, of the Final Plat of Lots 2R-1B1 and 2R-1B2 of the Resubdivision of Lot 2R-1B of Michael Dunham Property, a map of the same at Instrument No. 200810070024327, in the Register's Office for Knox County, Tennessee, to which plat specific reference is made for a more particular description.

For reference see Quit Claim Deed dated September 20, 2010 and of record as Instrument #201009200017599 in the Register's Office for Knox County, Tennessee conveying property from Leigh Derrick Janous and Leslie Anne Janous to Leigh Derrick Janous.

III. Personal Property

   A. Vehicles

   1. 2008 Silver BMW 328i Sedan, VIN WBAVA37538NL43516

   2. 2010 Blue Audi A4 Sedan, VIN WAUFFAFL4AN032838

   3. 2007 Yamaha VX 1052cc personal water craft (Hull ID No. YAMA4024F707)

   4. 2007 Yamaha VX 1052cc personal water craft (Hull ID No. YAMA4018F707)

   5. 2002 Gray Toyota Sienna, VIN 4T3ZF13C72U429264, which shall be forfeited to the United States as a substitute asset in accordance with 21 U.S.C § 853(p).

   B. Jewelry and accessories

   1. Tiffany & Co. Platinum 950 Legacy ring with a 2.62 carat cushion cut diamond surrounded by round brilliant cut diamonds weighing .78 carat total weight.

   2. Tiffany & Co. rectangular face diamond watch, serial number 090251408

   3. 14k white gold 2.82 carat diamond bracelet

   4. Patek Philippe watch

   5. Tiffany & Co. sterling silver 1837 bar pendant necklace

   6. Tiffany & Co. sterling silver 1837 wedding band

   7. 18" 14k white gold diamond tennis necklace

   8. Ladies Rolex Oyster Perpetual watch with black mother of pearl dial, serial number F062476, model number 79174

5

9. 14k white gold diamond and blue sapphire bracelet

10. 14k white gold diamond earrings

11. 14k white gold ring with garnet stone and diamonds

12. Tiffany & Co. Coupe Mark watch, serial number 010238318

13. Tiffany & Co. Coupe Mark watch, serial number 090231960

14. 14k white gold earrings with round and princess cut diamonds

15. 2 pairs of sterling silver earrings with synthetic clear stones

16. 14k white gold earrings with round diamonds

17. 14k white gold earrings with round and princess cut diamonds

18. 18k white gold earrings with round diamonds

19. 14k white gold necklace with pendant with round and princess cut diamonds

20. 14k white gold diamond earrings

21. 18k white gold bangle bracelet with round diamonds

22. 14k white gold bangle bracelet with round and baguette cut diamonds

23. 14k white gold pendant with rose gold accents with round and princess cut diamonds

24. 14k white gold pendant with round and princess cut diamonds

25. 14k white gold ring with tanzanite and diamonds

26. 14k white gold earrings with round and princess cut diamonds

27. Mikimoto pearl necklace, single strand of 7.5 to 8.0mm Akoya pearls

28. Mikimoto pearl necklace, single strand of 8.0 to 8.5mm Akoya pearls

29. 14k white gold bangle style bracelet with round diamonds

30. 14k white gold earrings with princess cut diamonds

31. 14k white gold bangle bracelet with princess cut and round diamonds

32. 14k white gold link style bracelet with round diamonds

33. 14k white gold chain w/ 18k white gold cross pendant with diamonds

34. 18k white gold sapphire ring with baguettes and princess cut diamonds

35. 14k white gold wedding band with round and princess cut diamonds

36. 18k white gold small hoop earrings with diamonds

37. 10 loose 7.5 mm Akoya pearls

38. 18k white gold necklace with a heart shape blue sapphire and diamonds

39. 18k white gold bangle bracelet with LEO cut diamonds

40. 14k white gold hoop earrings with round diamonds

41. 14k white gold earrings with blue sapphires and pear and marquise cut diamonds

42. 14k white gold ring with baguette, round and princess cut diamonds

43. 14k white gold wedding band with baguette and round diamonds

44. Platinum ring by Scott Kay with a blue sapphire and diamonds

45. 14k white gold chain with 14k white gold diamond pendant

46. 14k white gold earrings with round diamonds

C. Camera and Equipment

1. Nikon D700 camera with lens, serial number 2128301

2. Nikon AF Fisheye Nikkor 16mm lens, no serial number

3. Nikon AF-S Nikkor 24mm lens, serial number US 246432

4. Nikon AF-S Nikkor 24mm lens, serial number US 21122

7

5. Nikon AF-S Nikkor 35mm lens, serial number US 42388

6. Nikon AF Nikkor 50mm lens, no serial number

7. Nikon AF-S Nikkor 50mm lens, serial number US 630786

8. Nikon AF Nikkor 50mm lens, serial number US 6104051

9. Nikon AF Nikkor 50mm lens, serial number 406912

10. Nikon AF-S Nikkor 70mm lens, serial number US 233577

11. Nikon AF Nikkor 85mm lens, serial number US 445176

12. Nikon AF-S Micro Nikkor 105mm lens, serial number US 299580

13. Nikon AF-S VR Nikkor 200mm lens, serial number 358855

14. Nikon AF-S teleconverter lens, serial number 320847

15. Nikon Speedlight SB800 Flash, serial number 2310850

16. Nikon Speedlight SB800 Flash, serial number 2807643

17. Nikon Speedlight SB800 Flash, serial number 2807715

18. Nikon Speedlight SB900 Flash, serial number 2111930

19. Powerex battery charger with batteries, model MHC9000

20. Canon battery charger, model CB2LVG

21. Nikon multi-power battery pack, model MB-D2000

22. Nikon battery pack, serial number 2039897

23. Epson P-7000 multi-media storage viewer with bag, model G971B, serial number KCMZ000674

24. Miscellaneous camera accessories

25. Miscellaneous memory cards

D. <u>Computers and electronic equipment</u>

8

1. Apple iMac 27" (Z0GE) computer, serial number QP02236ED4V, with wireless keyboard and wireless mouse

2. Apple MacBook Air Laptop, serial number C02FKTVMDJDK

3. Sony Vaio laptop, model VGN-FW290, serial number 3114864

4. MacBook Rechargeable battery, model A1280, serial number 9GB400ZSW13DB

5. Miscellaneous external hard drives and thumbdrive

6. 120 GB Lenovo SATA hard drive, serial number 11S42T1062Z1ZDKl008G2G

7. External WD hard drive, model WD9000MT, serial number WX80AB992865

8. Garmin Nuvi 3750, serial number 1W9006505

9. White iPod, serial number 8K7230G2V9Q

10. Black iPod 160 GB with pink case, serial number 8K74D2GNYMX

11. Cisco wireless router, serial number JUTP0KB13835

12. AT&T 2wire wireless router

13. Arris router, model TM502GCT, serial number 795BMV6A6206565

14. T-Mobile Air Card

15. Samsung cell phone and battery, serial number SCHU360

16. Canon battery pack and charger

E. Accessories

1. Valentino Garavani white patent leather tote bag

2. Valentino Garavani red patent leather tote bag with a flower design

3. Valentino Garavani green patent leather tote bag

9

4. Prada dark brown patent leather tote bag

5. Prada Spazzolato blue clutch

6. Louis Vuitton silver monogram Vernis leather Speedy handbag

7. Gucci black patent leather buckle shoulder purse

8. Christian Dior Limited Edition turquoise satchel back with matching key ring

9. Louis Vuitton blue epi leather shoulder bag with matching wallet and checkbook cover

10. Christian Dior off-white French wallet with "D" logo charm

11. Christian Dior dark blue patent leather monogram chain wallet

12. Christian Dior dark maroon patent leather monogram chain wallet

13. Christian Dior silver patent leather monogram chain wallet

14. Christian Dior hot pink patent leather monogram quilted chain wallet

15. Christian Dior black purse

16. Valentino Garavani hot pink leather shoulder bag

17. Christian Dior small pink purse with matching pink wallet

18. Christian Dior off-white purse with embroidered flowers and matching wallet

19. Valentino Garavani lilac patent leather tote bag

20. Prada beige to light brown leather Cervo Lux chain tote bag

21. Valentino Garavani dark green patent leather tote bag

22. Burberry plaid with leather trim tote bag with matching pouch

23. Fendi blue Borderline clutch evening bag

24. Louis Vuitton white Mahina leather shoulder bag with matching dark

brown Amelia wallet

25. Valentino Garavani hot pink patent leather wallet

26. Prada pearlized pink wallet

27. Christian Dior light pink satin beaded mini clutch handbag

28. Tiffany & Co. small blue jewelry roll

29. Tiffany & Co. passport cover with a Tiffany & Co. sterling silver ballpoint pen

30. Valentino Garavani black shoes with jeweled bow

31. Valentino Garavani black lace shoes with bow

32. Valentino Garavani tan flat sandals with flowers

33. Valentino Garavani red flat sandals with flowers

34. Christian Louboutin hot pink peep toe shoes, style Claudia 120 Metal Patent Calf

35. Christian Louboutin grey shoes, style Walibou 90 Metal Patent Calf

36. Christian Louboutin navy platform pump, style New Simple 90 Patent Calf

37. Christian Louboutin nude patent round toe pump, style Marcia Balla 45

38. Christian Louboutin mint green platform pump, style New Simple 90 Patent Calf

39. Rene Caovilla black jeweled shoes

40. Rene Caovilla green jeweled shoes with ankle straps

41. Manolo Blahnik sandals with jeweled buckle

42. Jimmy Choo black glittery shoes, style 247 Nova

43. Gucci blue patent leather shoes, style Vitello Vernice So

11

44. Christian Dior nubuck flat sandals with gold logo

45. Christian Dior white and red leather driving shoes

46. Chanel red and black patent leather mid-heel patent pump

47. Chanel cream leather and black patent leather lace up shoes

F. Other

1. Red Sharpani backpack

2. Large green Outdoor Products duffel

3. Large black duffel

4. Medium black duffel

5. Miscellaneous Delsey suitcases

6. 2 Think Tank suitcases

7. Small camera bag

8. Christian Dior sunglasses in white case

9. Brookstone reading light

10. Pink phone cover

11. Pink iPod case

G. Currency

1. Funds in the amount of $50,488.71 in U.S. currency, seized from Bank of America account number xxxxxxxx2487.

2. Funds in the amount of $49,988.00 in U.S. currency, seized from Bank of America account number xxxxxxxx8919.

2. That the aforementioned forfeited property is to be held by the United States Marshals Service in its secure custody and control.

3. Pursuant to Rule 32.2(b)(2)(C)(iii) of the Federal Rules of Criminal Procedure, this Order may be amended should additional specific property be identified for forfeiture or if any money judgment amount requires modification.

4. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall give notice of its intent to dispose of the forfeited property in such manner at the United States Attorney General may direct. Such notice shall provide that any person, other than the defendant, having or claiming a legal interest in the above- listed forfeited property must file a petition with the Court within sixty (60) days from the first day of publication of this Notice on the official United States Government internet website, which is www.forfeiture.gov.

5. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought pursuant to 21 U.S.C. § 853(n).

6. Upon adjudication of all other or third-party interests in the property to be forfeited, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

7. The Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office and the United States Marshals Service, Knoxville, Tennessee.

ENTER:

_____
R. LEON JORDAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney


By:   s/ Frank M. Dale, Jr.
      Frank M. Dale, Jr.
      Assistant United States Attorney

14

Case 3:10-cr-00124   Document 62   Filed 03/15/13   Page 14 of 14   PageID #: 360