**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States | COURT CASE NUMBER 3:10-CR-124, 3:11-CR-11 |
|---|---|
| DEFENDANT Leslie Janous | TYPE OF PROCESS Amended Preliminary Order, Notice |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

2007 Yamaha VX 1052cc personal water craft (Hull ID No. YAMA4024F707)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

c/o USMS

**FILED**

JUL 25 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Anne-Marie Svolto Assistant U.S. Attorney U.S. Attorney's Office 800 Market Street, Suite 211, Knoxville, Tennessee 37902 | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold

11-FBI-001856

Fold

| Signature of Attorney other Originator requesting service on behalf of: s/ Anne-Marie Svolto | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 865.545.4167 | DATE 4/15/13 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 2 | District of Origin No. 74 | District to Serve No. 74 | Signature of Authorized USMS Deputy or Clerk | Date 4-24-13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 4/30/13 Time 8 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy for USM |

| Service Fee 55 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges 55 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $55 |
|---|---|---|---|---|---|

REMARKS: Served the above processes on the file

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00