UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:10-CR-124 |
| v. | ) | 3:11-CR-11 |
| | ) | Judge Jordan |
| LESLIE JANOUS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS FORFEITURE REGARDING REAL PROPERTY AT 12944 PEACH VIEW DRIVE, KNOXVILLE, TENNESSEE

The United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee and Anne-Marie Svolto, Assistant United States Attorney, moves the Court to dismiss the following real property from the forfeiture in the above-styled cases:

Real Property known as **12944 Peach View Drive, Knoxville, Tennessee, 37922**, with all appurtenances, improvements, and attachments thereon, and more fully described as:

Situated in District No. Six (6) of Knox County, Tennessee, without the corporate limits of the City of Knoxville, Tennessee, being known and designated as Lot 60, Amberwood Subdivision, as shown on the plat of the same of record bearing Instrument No. 200211080041184 in the Register's Office for Knox County, Tennessee, to which plat specific reference is hereby made for a more particular description and according to the survey of Hinds Surveying Company, Stanley E. Hinds, Surveyor, dated August 10, 2004, bearing Job No. 0408009.

For reference see Warranty Deed dated December 9, 2004 and of record as Instrument #200412130047950 in the Register's Office for Knox County, Tennessee conveying property from Marcee Fischer Townsend and husband, Christopher Townsend, to Martha Leigh Janous and Leslie Ann Gibbs.

For further reference see Quitclaim Deed recorded on September 20, 2010 and of record as Instrument #20100920-0017601 in the Register's Office for Knox County, Tennessee conveying property from Martha Leigh Janous and Leslie Ann Gibbs to Martha Leigh Janous.

The above-styled cases sought forfeiture of the real property listed above, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States does not intend to seek forfeiture of the real property.

Accordingly, the United States moves that the real property listed above be dismissed from the forfeiture.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: *s/ Anne-Marie Svolto*
Anne-Marie Svolto
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, a copy of the foregoing United States' Motion to Dismiss was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/ Anne-Marie Svolto*
Anne-Marie Svolto
Assistant United States Attorney