IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-CR-124 |
| | ) | 3:11-CR-011 |
| LESLIE JANOUS | ) | |

## **O R D E R**

*Pro se*, the defendant has filed a "Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement" [3:10-CR-124, doc. 111], asking the court to recommend that the final twelve months of her sentence be served in a Residential Reentry Center. Halfway house placement and home confinement under the Second Chance Act, 18 U.S.C. § 3624(c), are matters within the discretion of the Bureau of Prisons, to be determined on an individual basis upon consideration of several factors including "any statement by the court that imposed the sentence . . .." *See, e.g., Lovett v. Hogsten*, No. 09-5605, 2009 WL 5851205, at *1 (6th Cir. Dec. 29, 2009) (quoting 18 U.S.C. § 3621(b)).

In the present case, this court views the Bureau of Prisons as being in a far superior position to determine the appropriate time and manner of community reentry. The court therefore declines the defendant's invitation to make any specific recommendation. The motion [3:10-CR-124, doc. 111] is therefore **DENIED**.

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge